UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>PEDRO PEREZ SERRANO,<br><br>                    Defendant. | Case No.: 16-0031M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of TEXAS for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation

    (X)  information in the violation petition and report(s)

    (X)  the defendant's nonobjection to detention at this time

    (  )  other: <u>Allegations of failing to report and absconting</u>

1

1       and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3       convincing evidence that he/she is not likely to pose a danger to the safety
4       of any other person or the community if released under 18 U.S.C.
5       § 3142(b) or (c).  This finding is based on the following:
6       (X)   information in the Pretrial Services Report and Recommendation
7       (X)   information in the violation petition and report(s)
8       (X)   the defendant's nonobjection to detention at this time
9       ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated:  February 8, 2016               _____
15                                             KENLY KIYA KATO
                                            United States Magistrate Judge